Entered on Docket May 25, 2023

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

Judge:    Hon. Marc L. Barreca
Chapter:  7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE:<br><br>KYLE L. CHRISTIANSON,<br><br>                     Debtor. | Case No. 23-10055-MLB<br><br>2004 ORDER AUTHORIZING THE TRUSTEE TO COMPEL PRODUCTION OF DOCUMENTS FROM VENMO, LLC A SUBSIDIARY OF PAYPAL |
|---|---|

      THIS MATTER having come before the Honorable Marc L. Barreca on the Motion of Edmund J. Wood, Chapter 7 Trustee ("Trustee") for an Ex Parte 2004 Order authorizing the Trustee to compel production of documents from Venmo a subsidiary of PayPal ("Trustee's Motion"), it appearing that notice to creditors is not necessary, the Court having reviewed the Trustee's Motion and having reviewed the files in this matter, it is:

2004 ORDER

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

**ORDERED** that the Trustee is authorized to compel production of documents as set forth in the subpoena to be issued by Wood and Jones, P.S., pursuant to Fed. R. Civ. P. 45 and Bankruptcy Rules 2004 and 9016, and any subpoena must provide for at least 14-days' notice for compliance.

/// End of Order ///

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSB 19464
Attorney for Edmund J. Wood
Chapter 7 Trustee

2004 ORDER

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382